AO 243 (Rev. 01/15)                                                                                      Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court Southern | District of Florida (Miami Division) | |
|---|---|---|
| Name *(under which you were convicted)*:  Michael A. Sexton | | Docket or Case No.: |
| Place of Confinement:  Coleman Correctional Complex-Medium; Coleman, FL | Prisoner No.:  14835-104 | |
| UNITED STATES OF AMERICA  v. | Movant *(include name under which convicted)*  MICHAEL A. SEXTON | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U.S. District Court for the Southern Distrcit of Florida
   Miami Division
   400 North Miami Avenue
   Miami, FL 32128

   (b) Criminal docket or case number (if you know): <u>17-20266-cr-Gayles</u>

2. (a) Date of the judgment of conviction (if you know): <u>10/26/2017</u>

   (b) Date of sentencing: <u>10/26/2017</u>

3. Length of sentence: <u>111 Months</u>

4. Nature of crime (all counts):

   18 U.S.C. Section 1029(a)(3)
   18 U.S.C. Section 1028(A)
   18 U.S.C. Section 1349

   FILED BY ___ D.C.

   OCT 01 2019

   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?        Yes ☐

   cat / div ☒  510
   Case # 17 CR 20266
   Judge _____ Mag. ____
   Motn ifp _____ Fee pd $ _____
   Receipt # _____

AO 243 (Rev. 01/15)                                                                                    Page 3

9.  If you did appeal, answer the following:

    (a)  Name of court: _____ N/A _____

    (b)  Docket or case number (if you know): _____ N/A _____

    (c)  Result: _____ N/A _____

    (d)  Date of result (if you know): _____ N/A _____

    (e)  Citation to the case (if you know): _____ N/A _____

    (f) Grounds raised:

                               N/A


    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

       If "Yes," answer the following:

       (1) Docket or case number (if you know): _____ N/A _____

       (2) Result: _____ N/A _____

       (3) Date of result (if you know): _____ N/A _____

       (4) Citation to the case (if you know): _____ N/A _____

       (5) Grounds raised:

                               N/A


10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: _____ N/A _____

       (2) Docket or case number (if you know): _____ N/A _____

       (3) Date of filing (if you know): _____ N/A _____

       (4)  Nature of the proceeding: _____ N/A _____

       (5)  Grounds raised: _____ N/A _____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐    No ☒

(7)   Result: _____ N/A _____

(8)   Date of result (if you know): _____ N/A _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)   Name of court: _____ N/A _____

    (2)   Docket of case number (if you know): __ N/A _____

    (3)   Date of filing (if you know): _____ N/A _____

    (4)   Nature of the proceeding: _____ N/A _____

    (5)   Grounds raised:

N/A

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐    No ☒

(7)   Result: _____ N/A _____

(8)   Date of result (if you know): _____ N/A _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)   First petition:    Yes ☐    No ☒

    (2)   Second petition:    Yes ☐    No ☒

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Counsel was ineffective for how the Petitioner was sentenced.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective for allowing the Petitioner to be sentenced under
Intended Loss, when he should have been sentenced under Actual Loss.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:                          N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):          N/A

Date of the court's decision:                        N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☒

(6)   If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed:

<u>                                        N/A                                        </u>

Docket or case number (if you know):            N/A

Date of the court's decision:                        N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:**   <u>Counsel was ineffective for not challenging the warrantless search of the residence.</u>

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel was ineffective for not challenging the warrantless search of the Petitioner's residence.

(b) **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

N/A

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☒

(2)   If you answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

N/A

(3)   Did you receive a hearing on your motion, petition, or application?

Yes [ ]   No [X]

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes [ ]   No [X]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ]   No [X]

(6)   If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed:

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:**   <u>Petitioner was promised a plea if he pled guilty, but once he did,</u>
<u>he did not receive the plea he was promised.</u>

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was told if he pled guilty, he would receive     years, but once
he pled guilty, he received     years rather than     years that he was told he
would receive.

**(b)  Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2)  If you did not raise this issue in your direct appeal, explain why:

                                    N/A

**(c)  Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state: N/A

    Type of motion or petition:                       N/A

    Name and location of the court where the motion or petition was filed:

                                      N/A

    Docket or case number (if you know):        N/A

    Date of the court's decision:               N/A

    Result (attach a copy of the court's opinion or order, if available):

                                    N/A

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☒

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☒

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☒

    (6)  If your answer to Question (c)(4) is "Yes," state: N/A

    Name and location of the court where the appeal was filed:

                                      N/A

    Docket or case number (if you know):        N/A

    Date of the court's decision:               N/A

    Result (attach a copy of the court's opinion or order, if available):

                                    N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:**   Counsel was ineffective for not challenging Petitioner's U.S.S.G. Enhancements.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel was ineffective for not challenging Petitioner's U.S.S.G. enhance-ments.

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☒

(2)   If you answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition:            N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):         N/A

Date of the court's decision:            N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

**GROUND FIVE:** Petitioner spent many years of his life in prison unconstitutionally based on Fifth and Sixth Amendment Rights violations for a notice of direct appeal. <u>Strickland v. Washington</u>, 466 U.S. 668-687 (1984); <u>Cronic v. United States</u>, 466 U.S. 648 (1984); <u>Class v. United States</u>, 138 S.Ct. 798 (2018); <u>Hill v. Lockhart</u>, 474 U.S. 42-52 (1985); <u>Lee v. United States</u>, 137 S.Ct. 1958 (2018); <u>Padilla v. Kentucky</u>, 130 S.Ct. 1473-1476 (2010). Petitioner requests all of his appeal rights and permission for a Notice of Appeal and counsel to pursue that direct appeal and Notice of Appeal.

This looks like **this**
**This** looks like this
**This** look

THis
This
this

Thios This is 10 Pitch
this is 10          This is 10
is               This is 10
this  thisd
this this
tyhis

This is 10 Pitch.
This is 12 pitch.
This is 15 pitch.  It looks like this.
 This is 10     THisd use dto be 12
 This is 10
Again, this is 12 pitch.

 Hughes guys are lame
  that is not true!

this is 10
this is 12                  12 12 12 12 12
  thias is 10                10 10 10 1 010
                            12 12 12 12 1212
                            this is not 12

         ten ten ten
         ten ten ten
         ten ten ten
         Am I ten pitch?

Je   my help with his ground works...hhhrrmm?       I think I w

Daniel Patrick Moynihan U.S. Courth
500 Pearl Street, Room 120

New York, NY  10007-1312

AO 243 (Rev. 01/15)                                                                                          Page 10

     (3)  Did you receive a hearing on your motion, petition, or application?

          Yes ☐    No ☒

     (4)  Did you appeal from the denial of your motion, petition, or application?

          Yes ☐    No ☒

     (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐    No ☒

     (6)  If your answer to Question (c)(4) is "Yes," state: N/A

     Name and location of the court where the appeal was filed:

                     N/A

     Docket or case number (if you know):     N/A

     Date of the court's decision:        N/A

     Result (attach a copy of the court's opinion or order, if available):

                     N/A

     (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

                     N/A

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

                     N/A

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a)  At the preliminary hearing:

_____N/A_____

(b)  At the arraignment and plea:

_____N/A_____

(c)  At the trial:

_____N/A_____

(d)  At sentencing:

_____N/A_____

(e)  On appeal:

_____N/A_____

(f)  In any post-conviction proceeding:

_____N/A_____

(g)  On appeal from any ruling against you in a post-conviction proceeding:

N/A

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes [  ]     No [X]

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes [  ]     No [X]

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b)  Give the date the other sentence was imposed:   N/A

(c)  Give the length of the other sentence:   N/A

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes [  ]     No [X]

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.   Petitioner requests remand of his
unconstitutional search and seizure, and improper guideline enhancements.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____10/15/19_____ .

(month, date, year)

Executed (signed) on ___10/15/19_____ (date)

Mail Box Rule
487 U.S. 266 (1988)
Lack v. Houston.

28 U.S.C. Section 1746

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



Michael Sexton #14835-104
A3,Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, FL 33521

Clerk of Court
United States District Court
for the Southern District of Florida
400 North Miami Avenue
Miami, FL 32128